ELECTRONICALLY
FILED
Jun 15 2021
U.S. DISTRICT COURT
Northern District of WV

## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF WEST VIRGINIA

**MUSTAFA OZSUSAMLAR,**

      **Plaintiff,**

VS.

**PAUL ADAMS, WARDEN,**
**R. WATSON, UNIT L MANAGER,**
**CONNER, UNIT M. MANAGER,**
**MR. WHITE, MAIL ROOM MANAGER**

      **Defendants.**

**5:21-CV-91 (Bailey/Mazzone/Blalock)**

Civil Action No. _____
(Removal of  21-C-40 from the Circuit
Court of Preston County, West Virginia)

### NOTICE OF REMOVAL

PLEASE TAKE NOTICE that the Defendants, *by limited special appearance*[1] of the undersigned counsel, without waiving any defenses, including service of process, hereby remove this case from the Circuit Court of Preston County, West Virginia to the United States District Court for the Northern District of West Virginia.

1.      A federal officer who is sued in state court for acting under the color of his office may remove the pending action from state court to the appropriate federal district court regardless of whether the officer is sued in an official or individual capacity.  28 U.S.C. § 1442(a)(1).

2.      Plaintiff Mustafa Ozsusamlar is a federal prisoner incarcerated at the Federal Correctional Institution in Bruceton Mills, West Virginia ("FCI Hazelton").

3.      FCI Hazelton is a federal correctional institution operated by the Federal Bureau of Prisons ("BOP"), an agency of the United States of America.  FCI Hazelton is located within the Northern District of West Virginia judicial district.

---

[1] The undersigned counsel is appearing specially for the *limited and exclusive purpose* of removing this case from state court to federal court before the expiration of any purported answer or removal deadline.

4.    On May 27, 2021, Plaintiff filed a Complaint in the Circuit Court of Preston County, West Virginia, in Case No. 21-C-40, in which he purports to allege constitutional claims against individual defendants, all employees of the BOP. *See Exhibit 1,* Complaint, with Attachments.

5.    The Complaint seeks compensatory damages, punitive damages, and attorney fees as a result of these alleged constitutional violations. *Id.*

6.    The Defendants in this matter were served with a copy of Plaintiff's Complaint on June 1, 2021.

7.    *Bivens v. Six Unknown Fed. Narcotics Agents*, 403 U.S. 388 (1971) created a federal cause of action to address constitutional violations by individual federal actors. Through the Complaint, Plaintiff is attempting to assert claims pursuant to *Bivens* as Plaintiff is seeking monetary damages for alleged constitutional violations by federal actors. *Id.* Accordingly, there is no jurisdiction in state court to entertain these alleged constitutional violations by federal actors. *Najee v. Fed. Bureau of Prisons*, No. 2:11-cv-46, 2012 WL 510308, at *4 (N.D.W. Va. Jan. 18, 2012), *Report and Recommendation adopted by* 2012 WL 510245 (N.D.W. Va. Feb. 15, 2012).

8.    28 U.S.C. § 1442(a)(1) provides that

> (a)  A civil action or criminal prosecution  that is commenced in a State court and that is against or directed to any of the following may be removed by them to the district court of the United States for the district and division embracing the place wherein it is pending:

> (1)  The United States or any agency thereof or any officer (or any person acting under that officer) of the United States or of any agency thereof, in an official or individual capacity, for or relating to any act under color of such office or on account of any right, title or authority claimed under any Act of Congress for the apprehension or punishment of criminals or the collection of the revenue.

9.      The Defendants filed this Notice of Removal within thirty (30) days of receipt of Plaintiff's Complaint and service of Summons pursuant to 28 U.S.C. §§  1442(a)(1)  and 1446(b).

10.      Written notice of the filing of this Notice shall be promptly served upon the Plaintiff and filed with the Clerk of the Circuit Court of Preston County, West Virginia in Case No. 21-C-40 pursuant to 28 U.S.C. Section § 1446(d).

11.      In addition to the Complaint in this matter, the only other documents that have been filed in the state court action are the summons and returns.  *See Exhibit 2,* Case No. 21-C-40 Docket; *Exhibit 3,*  Summons and Returns.

WHEREFORE, this action now pending in the Circuit Court of Preston County, West Virginia, is properly removed therefrom to this Court pursuant to Title 28, United States Code Sections 1442(a) and 1446.

Respectfully submitted,

RANDOLPH J. BERNARD
ACTING U.S. ATTORNEY

By:    /s/ *Christopher J. Prezioso*
       Christopher J. Prezioso
       Assistant U.S. Attorney
       WV Bar No. 9384

       /s/  *Morgan S. McKee*
       Morgan S. McKee
       Assistant United States Attorney
       WV Bar No. 12669

       United States Attorney's Office
       P.O. Box 591
       1125 Chapline Street, Suite 3000
       Wheeling, WV  26003
       (304) 234-0100
       (304) 234-0112 fax

3

## **CERTIFICATE OF SERVICE**

I Christopher J. Prezioso, hereby certify that on June 15¸ 2021, a true and correct copy of

the foregoing Notice of Removal has been sent to the *pro se* Plaintiff at his address of record as

follows:

Mustafa Ozsusamlar, No. 18188-050
FCI Hazelton
Inmate Mail/Parcels
P.O. BOX 5000
Bruceton Mills, WV 26525

RANDOLPH J. BERNARD
ACTING U.S. ATTORNEY

By:   /s/ *Christopher J. Prezioso*
Christopher J. Prezioso
Assistant U.S. Attorney
WV Bar No. 9384

/s/ *Morgan S. McKee*
Morgan S. McKee
Assistant United States Attorney
WV Bar No. 12669

United States Attorney's Office
P.O. Box 591
1125 Chapline Street, Suite 3000
Wheeling, WV  26003
(304) 234-0100
(304) 234-0112 fax